IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN W. BROCK                                                                                    PLAINTIFF

V.                                        CASE NO. 4:15-CV-0032-JM

CENTENNIAL BANK                                                                                  DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by United States Magistrate Judge Patricia S. Harris (Docket No. 46). After careful review of the Recommendation, Defendant's timely objections, as well as a *de novo* review of the record, the Court concludes that a hearing is not necessary on the objections and that the Recommendation should be, and hereby is, approved and adopted as this Court's determination in all respects.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss the amended complaint (Docket No.30) is DENIED.

It is so ordered this 14th day of December, 2015.

_____
HONORABLE JAMES M. MOODY JR.
United States District Judge