IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN W. BROCK                                                                           PLAINTIFF

V.                                              CASE NO. 4:15-CV-0032-JM

CENTENNIAL BANK                                                                         DEFENDANT

## ORDER

On joint motion of the parties (Docket No. 75), this case is dismissed with prejudice, each party to bear its own fees and costs.

It is so ordered this 24th day of May, 2016.

_____
HONORABLE JAMES M. MOODY JR.
United States District Judge